UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 153 WFJ-AEP
18 U.S.C. § 922(g)

JOHN ALLEN

## INDICTMENT

The Grand Jury charges:

APR 4 2024 PM3:38 FILED - USDC - FLMD - TPA

## COUNT ONE

On or about December 21, 2023, in the Middle District of Florida, the defendant,

JOHN ALLEN,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

Felon in Possession of a Firearm, convicted on or about May 4, 2020;

and

Grand Theft Motor Vehicle, convicted on or about March 17, 2021;

did knowingly possess, in and affecting foreign and interstate commerce, a firearm, to wit: a Smith and Wesson 9mm handgun (SN: JPM9145).

All in violation of 18 U.S.C. §§ 922(g) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference

for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]
Foreperson

ROGER B. HANDBERG
United States Attorney

By: ______________________
FOR: Candace Garcia Rich
Assistant United States Attorney

By: ______________________
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
April 24

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOHN ALLEN

INDICTMENT

Violations: 18 U.S.C. § 922(g)

A true bill,

[redacted]
Foreperson

Filed in open court this 4th day

of April, 2024.

C. Raues
Clerk

Bail $____________________

GPO 863 525