AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
John Allen

*Defendant*

Case No. 8:24 cr 153 WFJ-AEP

RCVD USMS M/FL TAMPA 2024 APR 5 PM12:47

JUN 6 2024 PM12:52 FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* John Allen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)

Date: 4/5/24

*Issuing officer's signature* Lisa Silva / Lisa Silvia

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/5/24, and the person was arrested on *(date)* 4/5/24
at *(city and state)* POLK COUNTY, FL.

Date: 4/6/24

*Arresting officer's signature*

OLIVAS DUSM
*Printed name and title*