UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:24-cr-153-WFJ-AEP

JOHN ALLEN

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that a Smith & Wesson, Model: M&P 9 Shield, 9mm pistol, serial number: JPM9145 and assorted ammunition loaded in the firearm which were seized from the defendant on or about December 21, 2023, are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment (Doc. 1).

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Suzanne C. Nebesky*

SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney